IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                    :        CASE NO. 09-07963 (ESL)

LISETTE RODRIGUEZ FLORES                  :        CHAPTER 13

        Debtor                            :

FILED & ENTERED

JUN 30 2015

CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

OPINION AND ORDER

This case is before the court upon the debtor's fourth motion requesting the payment of unclaimed funds in the amount of $133.76 deposited by the chapter 13 trustee (dkt. #100). See dkt. numbers 91, 93 and 96 for the previous motions, which were denied on procedural grounds (See dkt. numbers 92, 97, and 99). The motion before the court, as well as the previous motions, only aver that the amount of $133.76 has been deposited with the court. There is no legal support for the request that the amounts be returned to the debtor. For the reasons set forth below, the court denies the request on the merits.

The relevant facts to this matter are uncontested, albeit not plead by the debtor in her requests. On September 23, 2009 the debtor filed a chapter 13 petition. On December 4, 2009 the court entered an ordered confirming the debtor's amended chapter 13 plan dated November 27, 2009. After several attempts, the debtor's motion for post confirmation modification of confirmed plan was granted on June 10, 2010. After numerous attempts in the second series to obtain a further post confirmation modification of confirmed plan, the same was granted on November 17, 2011. After the chapter 13 trustee moved for the dismissal of the case for failure to make payments under the confirmed plan on October 2, 2013, the debtor moved for the third series of requests for post confirmation modification of confirmed plan, which ended in an order granting the same on December 6, 2013. On February 3, 2015 the chapter 13 trustee filed a report of unclaimed funds and consigned the amount of $133.76 in favor of NCO Financial Systems, Inc., a creditor that filed claim number 4-1 on January 21, 2010 in the amount of $1,917.26. The chapter 13 trustee complied with his statutory duties by making payments to creditors with allowed claims in accordance with the confirmed plan, 11 U.S.C. §

1326(a)(2), and by depositing with the court uncashed funds distributed to a creditor with an allowed claim, 11 U.S.C. § 347(a).

Unclaimed funds are monies that were intended to be distributed to creditors with allowed claims through checks which were not cashed by the creditor. After 90 days have elapsed from the time that the funds were distributed to creditors, any checks to creditors that have not been cashed or canceled are paid into the bankruptcy court. 11 U.S.C. § 347(a). The bankruptcy court has the duty and responsibility to ensure that any unclaimed funds are paid to the rightful owner. 28 U.S.C.A. §§ 2041, 2042. A rightful owner is the creditor that is the owner of a proof of claim on account of which the trustee made the distribution. The rightful owner of the funds deposited by the trustee is NCO Financial Systems, Inc. and not the debtor.

In view of the foregoing, the debtor's request for withdrawal of unclaimed funds consigned by the chapter 13 trustee in favor of NCO Systems, Inc. is hereby denied. The debtor is hereby admonished that further unsubstantiated requests for the withdrawal of consigned funds may result in sanctions.

SO ORDERED.

In San Juan, Puerto Rico, this 30th day of June, 2015.

_____
ENRIQUE S. LAMOUTTE
U.S. Bankruptcy Judge

2